UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

PIRATE'S COVE DIVING, INC.
1103 W. Oklahoma Avenue
Milwaukee, Wisconsin 53215,

       Plaintiff,

                   Case No. 08-C-254

  -vs-

THE VESSEL, 2005 SUNSATION
32 DOMINATOR SS, Hull Identification No.
SP33S227G505, her engines, masts, anchors,
cables, chains, rigging, tackle, furniture,
and all the necessaries therewith appertaining,

*IN REM,*

and

JAMES GIAMARUSTI,
7722 West Berwyn Avenue
Chicago, Illinois 60656

and

NATIONAL CITY, a foreign corporation,
6750 Miller Road
Brecksville, Ohio 44141,

       Defendants.

### ORDER FOR ISSUANCE OF WARRANT FOR MARITIME ARREST

  Upon reading the Verified Complaint and Motion for Issuance of a Maritime Arrest and supporting papers, the Court finds that the conditions for an action *in rem* under

Supplemental Admiralty Rule C appear to exist on this 20th day of March, 2008 by the United States District Court for the Eastern District of Wisconsin.

  IT IS HEREBY ORDERED, that the Clerk shall issue a warrant for maritime arrest as prayed for in the Verified Complaint;

  IT IS FURTHER ORDERED, that any person claiming an interest in the property arrested pursuant to said Order shall, upon application to the Court, be required to show why the arrest should not be vacated or other relief granted; and

  IT IS FURTHER ORDERED, that a copy of this Order be attached to and served with said warrant for maritime arrest.

  Dated at Milwaukee, Wisconsin, this 20th day of March 2008.

          **SO ORDERED,**

          **s/ Rudolph T. Randa**
          **HON. RUDOLPH T. RANDA**
          **Chief Judge**