UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

PIRATE'S COVE DIVING, INC.
1103 W. Oklahoma Avenue
Milwaukee, Wisconsin 53215,

       Plaintiff,

               Case No.  08-C-254

  -vs-

THE VESSEL, 2005 SUNSATION
32 DOMINATOR SS, Hull Identification No.
SP33S227G505, her engines, masts, anchors,
cables, chains, rigging, tackle, furniture,
and all the necessaries therewith appertaining,

*IN REM,*

and

JAMES GIAMARUSTI,
7722 West Berwyn Avenue
Chicago, Illinois 60656

and

NATIONAL CITY, a foreign corporation,
6750 Miller Road
Brecksville, Ohio 44141,

       Defendants.

## WARRANT FOR ARREST

TO: U.S. MARSHAL OR HIS ALTERNATIVE

  GREETINGS:

WHEREAS, a Verified Complaint has been filed against the defendant vessel, *2005 SUNSATION 32 DOMINATOR SS*, with hull identification number SP33S227G505, her engines, tackle, apparel, appliances, furniture, etc., *in rem*, upon an admiralty and maritime claim; and

WHEREAS, this Court, after due consideration, has signed an order for issuance of a warrant for maritime arrest;

YOU ARE HEREBY COMMANDED, to arrest the vessel and her appurtenances, and to detain the same in your custody until further order of this court respecting the same. You are further commanded to give due notice to all persons claiming the same or having anything to say why the same should not be sold pursuant to the prayer of the Verified Complaint, that they must file their claims with the clerk of this court within ten (10) days after the execution of this process or within such additional time as may be allowed by the court, and must sere their answers within twenty (20) days after the filing of their claim.

YOU ARE FURTHER COMMANDED, to file this process in this court with your return promptly after the execution thereof.

Dated this 20th day of March, 2008.

    JON W. SANFILIPPO
    Clerk of Court

    By: s/ Linda M. Zik
        Deputy Clerk

-2-

Case 2:08-cv-00254-RTR   Filed 03/20/08   Page 2 of 2   Document 6