UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

PIRATE'S COVE DIVING, INC.
1103 W. Oklahoma Avenue
Milwaukee, Wisconsin 53215,

                Plaintiff,

        Case No. 08-C-254

    -vs-

THE VESSEL, 2005 SUNSATION
32 DOMINATOR SS, Hull Identification No.
SP33S227H505, her engines, masts, anchors,
cables, chains, rigging, tackle, furniture,
and all the necessaries therewith appertaining,

*IN REM,*

and

JAMES GIAMARUSTI,
7722 West Berwyn Avenue
Chicago, Illinois 60656

and

NATIONAL CITY, a foreign corporation,
6750 Miller Road
Brecksville, Ohio 44141,

                Defendants.

## ORDER AMENDING PLEADINGS WITH RESPECT TO
## HULL IDENTIFICATION NUMBER OF VESSEL

Upon written application by the Plaintiff,

ORDERED,

All references made in any pleadings to date are hereby corrected with respect to the hull identification number of the vessel, *2005 SUNSATION 32 DOMINATOR SS, as SP33S227H505*,

AND THAT, all Orders made to date, including the Order for Issuance of Warrant for Maritime Arrest and Order for Appointment of Substitute Custodian, are hereby amended to reflect the same.

Dated this 9th day of April, 2008.

BY THE COURT:

s/ Rudolph T. Randa
HON. RUDOLPH T. RANDA
Chief Judge